cally, whether a trial court must inform an offender at the time of sentencing that the commission of a felony during a period of post-release control permits a trial court to impose a new prison term for the violation to be served consecutively with any prison term for the new felony."

The conflict case is *State v. Johnson*, 5th Dist. Muskingum No. CT2016–0035, 2016-Ohio-7931.

It is ordered by the court that the clerk shall issue an order for the transmittal of the record from the court of appeals for Summit County.

**2017–1125. State v. Mack.**
Medina App. No. 14CA0112-M, 2016-Ohio-982. On motion for leave to file delayed appeal. Motion denied.

**2017–1212. State v. Rigel.**
Clark App. No. 2016-CA-50, 2017-Ohio-6906. On motion for stay. Motion denied.

O'NEILL, J., dissents.

**2017–0179. Cirino v. Bur. of Worker's Comp.**
Cuyahoga App. No. 104102, 2016-Ohio-8323. Cause accepted on proposition of law No. I.

O'DONNELL and KENNEDY, JJ., would accept the cause on all propositions of law.

O'CONNOR, C.J., and FRENCH and O'NEILL, JJ., dissent.

**2017–0191. In re B.O.**
Huron App. No. H–16–022, 2017-Ohio-43. Cause accepted and held for decision in 2016–0907, *In re D.S.*, and briefing schedule stayed.

KENNEDY, FISCHER, and DEWINE, JJ., dissent.

**2017–0105. Groves v. Ihsanullah.**
Cuyahoga App. No. 103404, 2016-Ohio-7703. Discretionary appeal of Marymount Hospital and discretionary appeal of Sahibzadah A. Ihsanullah not accepted.

O'DONNELL, J., dissents and would accept the discretionary appeal of Marymount Hospital.